Horning v Millar (2026 NY Slip Op 01719)

Horning v Millar

2026 NY Slip Op 01719

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026

PRESENT: WHALEN, P.J., LINDLEY, MONTOUR, AND NOWAK, JJ. (Filed Mar. 20, 2026.) 

MOTION NO. (772.1/25) CA 24-01073.

[*1]THOMAS HORNING, INDIVIDUALLY AND ON BEHALF OF J.B. WISE BLOCK, LLC AND ITS MEMBERS DERIVATIVELY, PLAINTIFF-APPELLANT, 
vTHOMAS MILLAR, EASTERN MARKET DEVELOPMENT LLC, VINA BONNER, DEFENDANTS-RESPONDENTS, ET AL., DEFENDANT.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.